

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00167-CV

## IN THE INTEREST OF A.A.E., A CHILD,

_____

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 09-002862-CV-272**

## MEMORANDUM  OPINION

Appellant, Priscilla Escamilla, has filed an unopposed motion to dismiss her appeal in this matter.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent the parties from seeking relief to which they would otherwise be entitled.  The motion is granted, and the appeal is hereby dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 6, 2013
[CV06]